IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

David Barclay, Jr.,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:10-cv-897

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on July 20, 2011. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is overruled. The Clerk shall enter judgment in favor of the defendant Commissioner of Social Security.

**IT IS SO ORDERED.**

8-17-2011
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE