AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DAVID BARCLAY, JR.,**

       **Plaintiff,**

**vs.**

       **JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-10-897**
**COMMISSIONER OF**     **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**     **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

____  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

       Pursuant to the Order filed August 17, 2011, JUDGMENT is hereby entered DISMISSING this case.

Date: August 17, 2011                JAMES BONINI, CLERK

                                                   */S/ Andy F. Quisumbing*
                                                   (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk